UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INFORMATION** |
| v. | **26 Cr.  268-PMH** |
| CHASE HARRIS, | |
| Defendant. | |

## COUNT ONE
### (Conspiracy to Commit Money Laundering)

The United States Attorney charges:

1.      From at least in or about November 2023 through at least in or about July 2024, in the Southern District of New York and elsewhere, CHASE HARRIS, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit money laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i).

2.      It was a part and an object of the conspiracy that CHASE HARRIS, the defendant, and others known and unknown, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such a financial transaction, which transaction affected interstate and foreign commerce and involved the use of a financial institution which was engaged in, and the activities of which affected, interstate and foreign commerce, and which in fact involved the proceeds of specified unlawful activity, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343, knowing that the transaction was designed in whole and in part to conceal and disguise the nature,

the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Section 1956(h).)

## FORFEITURE ALLEGATION

3.      As a result of committing the offense alleged in Count One of this Information, CHASE HARRIS, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, and any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense and the following specific property:

      a.      $88,896.39 in funds currently held by S2J Consulting LLC at the Educational Employees Credit Union;

      b.      $59,480 in funds currently held by C4H Management LLC at the Educational Employees Credit Union; and

      c.      $130,000 in funds currently held by the defendant at the James Whalen Law Trust (the attorney escrow account for defendant's counsel in this case).

## Substitute Assets Provision

4.      If any of the above described forfeitable property, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

2

     d.      has been substantially diminished in value; or

     e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
JAY CLAYTON
United States Attorney

3