**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | 26 CR 268 (PMH) |
| | § | |
| V. | § | **ORDER FOR ADMISSION** |
| | § | **PRO HAC VICE** |
| CHASE HARRIS | § | **ON ORAL MOTION** |

Upon the oral motion of _____ JAMES P. WHALEN _____, for

Admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of

_____ Texas _____; and that his contact information is as follows:

Applicant's Name: ___ James P. Whalen _____

Firm Name: _____ Whalen Law Office _____

Address: _____ 9300 John Hickman Pkwy., Suite 501 _____

City/State/Zip: _____ Frisco, Texas, 75035 _____

Telephone/Fax: _____ (214)368-2560 / (972)829-8654 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____ CHASE HARRIS _____ in the above entitled caption;

**IT HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. Counsel shall immediately forward Pro Hac Vice fee to

the Clerk of Court.

Dated: ___ 6/22/26 _____

_____
United States District/Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | 26 CR 268 (PMH) |
| | § | |
| V. | § | **MOTION FOR ADMISSION** |
| | § | **PRO HAC VICE** |
| CHASE HARRIS | § | **ON ORAL MOTION** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, _____JAMES P. WHALEN_____ hereby moves this Court

For an Order for admission to practice Pro Hac Vice to appear as counsel for

_____CHASE HARRIS_____ in the above-captioned action.

I am in good standing of the bar of the state of _____Texas_____ and there are no pending

disciplinary proceedings against me in any state or federal court. I have never been convicted of a

felony. I have never been censured, suspended, disbarred or denied admission or readmission by

any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: _____

Respectfully Submitted,
James P. Whalen
Applicant Signature: _/s/ James P. Whalen_
Applicant's Name: __James P. Whalen__
Firm Name: __Whalen Law Office__
Address: 9300 John Hickman, Suite 501
City/State/Zip: Frisco, Texas 75035
Telephone: __(214)368-2560__
Fax: __(972)829-8654__
Email: jwhalen@whalenlawoffice.com

# The Supreme Court of Texas

AUSTIN
_____
CLERK'S OFFICE
_____

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

## James Patrick Whalen

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of November, 1995.

I further certify that the records of this office show that, as of this date

## James Patrick Whalen

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 1st day of June, 2026.

BLAKE HAWTHORNE, Clerk

_____
Clerk, Supreme Court of Texas

No. 4168C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA        §
                                §
V.                              §    CRIMINAL NUMBER 26 CR 268
                                §
CHASE HARRIS                    §

## AFFIDAVIT FOR ADMISSION PRO HAC VICE

BEFORE ME the undersigned authority, this day personally appeared JAMES P. WHALEN, who

attests under oath as follows:

1. James P. Whalen has never been convicted of a felony;

2. James P. Whalen has never been ensured, suspended, disbarred or denied admission or

   readmission by any court; and

3. James P. Whalen does not have any disciplinary proceedings presently against him.

I, JAMES P. WHALEN, have read the foregoing affidavit and do swear and affirm, under penalty

of perjury, that all of the facts contained therein are true and correct to the best of my knowledge.

_____
JAMES P. WHALEN

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this the 19th day of
June, 2026.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

---

AFFIDAVIT FOR ADMISSION PRO HAC VICE                                    PAGE 1